# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144437

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                               SC: 144437
                               COA: 296546

KENDRICK DEON STANTON,
       Defendant-Appellant.
                               Saginaw CC: 08-031799-FC

_____/

      On order of the Court, the application for leave to appeal the November 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

d0416

_____
Clerk